UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
ELLIE SHKOLIR, RASHAD WILLIAMS, and
EVGENI BADGAEV

                                                      **Case No.: 23-cv-7256**

                      Plaintiffs,

       -against-

                                                     **NOTICE OF APPEARANCE**

RX2GO, INC., and
ERKIN SATTAROV, an individual

                    Defendants.
------------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE THAT,** I, Stephen D. Hans, of the law firm of Stephen D. Hans & Associates, P.C., hereby appear as counsel for **RX2GO, INC., and ERKIN SATTAROV,** in the above-captioned action. I certify that I am admitted to practice before this Court.

Dated: Long Island City, New York
        October 23, 2023

                                        STEPHEN D. HANS & ASSOCIATES, P.C.

                                        By:  **/s/Stephen D. Hans**
                                             Stephen D. Hans (SDH-0798)
                                             30-30 Northern Blvd, Suite 401
                                             Long Island City, New York 11101
                                             Tel: 718.275.6700
                                             Fax: 718.275.6704
                                             Email: shans@hansassociates.com