

January 19, 2024

Hon. Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201
<u>Via ECF Only</u>

      RE:    *Shkolir, et. al. v RX2GO, Inc., et. al;* Case No. 1:23-cv-7256 (EDNY)
               FLSA Conditional Certification Stipulation

Your Honor:

In advance of our initial conference scheduled for January 31, 2024, Plaintiffs' counsel presents the following stipulation regarding FLSA notice and collective action treatment.

As alleged in the Complaint, this wage and hour case is, amongst other things, a putative FLSA collective action. To avoid motion practice, Defendants have stipulated to Plaintiffs' proposed motion. Attached are proposed notice and consent forms to which the parties' counsel has agreed.

<u>Procedures:</u>
- **Recipients:** everyone who has worked as a driver / delivery person for RX2GO, Inc. within the FLSA statutory period of 3 years of the filing of the complaint (i.e. September 28, 2020, to the date of the court so-ordering our stipulation)
- **Distribution Methods**: mail, email, and text.
- **Languages**: English and Russian. If we (meaning Plaintiffs' counsel) later learn that translation into other languages seems warranted, we will revisit this issue at that time.
- **Timing**:
  - Defendants will provide a list of contact information within 14 days of the court "so ordering" our stipulation and/or approving our proposals. Contact information will include full name, dates of employment, role(s), email, phone number, mailing address, and primary language.
  - Plaintiff's firm will the notice out as soon as practicable (within two weeks of receipt of the list).

- 60 day opt-in period

Sincerely,

Penn Dodson, Esq.
*penn@andersondodson.com*

encl:   Proposed Notice
Proposed Consent Form