## PLEASE DO NOT CALL OR WRITE THE COURT ABOUT THIS NOTICE

IF YOU RECEIVED THIS FORM AND WANT TO JOIN THIS CLAIM, YOU MUST COMPLETE THESE <u>TWO STEPS</u>:

1. COMPLETE AND SIGN THE ENCLOSED CONSENT TO JOIN FORM; <u>AND</u>

2. RETURN THIS FORM NO LATER THAN \_\_\_\_\_, 2024 [60 days from the mailing of this notice].

BY ELECTRONIC SIGNATURE:
Click the DocuSign link provided to you and complete where indicated

OR

SCAN AND EMAIL IT TO
admin@andersondodson.com

OR

TEXT A PICTURE OF IT TO
(833) 223-7403

OR

MAIL IT TO:

AndersonDodson, P.C.
Receiving Center PMB 255
196 Alps Rd Ste 2
Athens GA  30606

OR

FAX IT TO
(646) 998-8051

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ELLIE SHKOLIR, RASHAD WILLIAMS,** and **EVGENII BADGAEV**<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**RX2GO, INC.**, and,<br>**ERKIN SATTAROV,** an individual,<br><br>　　　　　　　　　　Defendants. | Case No. 1:23-cv-07256-PK |

**CONSENT TO JOIN**

By my signature below, I represent that I work or have worked for RX2GO at some time between September 28, 2020, and _____, as a driver or delivery person.

I want to join the above-referenced action. I understand this claim is brought under the Fair Labor Standards Act of 1938 ("FLSA"), as amended, as well as the New York Labor Law ("NYLL"). I hereby consent, agree and opt-in to become a plaintiff as to all of the wage-related claims asserted in Plaintiffs' complaints in this claim (as may be amended from time to time) and be bound to any judgment by the Court or any settlement of this action.

I hereby authorize the prosecution of the above-styled action in my name and on my behalf. I also hereby designate named Plaintiffs' counsel to represent me for all purposes of this action unless I otherwise indicate on the record.

I declare under penalty of perjury that the foregoing is true and correct.

_____　　　_____
Signature　　　　　　　　　　　　　　　　Date

_____　　　_____to_____
Full Name　　　　　　　　　　　　　　　　Dates of employment (best guess)

Please print clearly:

_____          _____
Email address                                         Mailing Address 1st Line

_____          _____
Telephone number (cell)                           Mailing Address 2nd Line (Apt. No.)

_____          _____
Telephone number (other)                          City/State/Zip

_____
Title(s) or Position(s) at Farida

*Optional:*
Below please provide any additional contact information so that you may still be reached if you move or otherwise change your information. Also, if there is anything else you think we should be aware of, please feel free to write a note here.

|  | RETURN TO: |
|---|---|
|  | AndersonDodson, P.C. |
| by email: | admin@andersondodson.com |
| by text | (833) 223-7403 |
| by mail: | Receiving Center PMB 255 |
|  | 196 Alps Rd Ste 2 |
|  | Athens GA  30606 |
| by fax: | 646.998.8051 |
|  |  |
| *Questions?* | *Call 212.961.7639* |