# Sage Legal LLC

18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • mail@emanuelkataev.com

January 30, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Peggy Kuo, U.S.M.J.
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, NY 11201-1804

      *Re:*    **Shkolir,** *et al.* **v. Rx2Go, Inc.,** *et ano.*
            <u>Case No.: 1:23-cv-7256 (PK)</u>

Dear Judge Kuo:

      This firm is substituting in as counsel to the Defendants, and submits this letter to enclose a fully executed stipulation of substitution of counsel. Defendants respectfully request that this Court "so Order" the stipulation.

Dated:  Jamaica, New York
         January 30, 2024              Respectfully submitted,

                                                  **SAGE LEGAL LLC**
                                                  _____/s_____
                                                  Emanuel Kataev, Esq.
                                                  18211 Jamaica Avenue
                                                  Jamaica, NY 11423-2327
                                                  (718) 412-2421 (office)
                                                  (917) 807-7819 (cellular)
                                                  (718) 489-4155 (facsimile)
                                                  mail@emanuelkataev.com

                                                  *Attorneys for Defendants*
                                                  *Rx2Go, Inc. and*
                                                  *Erkin Sattarov*

**VIA ECF**
AndersonDoddson, P.C.
<u>Attn</u>: Penn A. Dodson, Esq.
11 Broadway, Suite 615
New York, NY 10004-1046
(212) 961-7639 (office)
penn@andersondodson.com

*Attorneys for Plaintiffs*
*Ellie Shkolir,*
*Rashad Williams, and*
*Evgenii Badgaev*