

March 8, 2024

Hon. Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
<u>Via ECF Only</u>

    Re:    *Shkolir, et. al v. RX2GO, Inc., et. al.;* 1:23-cv-7256-OEM-PK (EDNY)
            <u>Motion For Leave to Amend Complaint</u>

Your Honor:

I represent the Plaintiffs in the above-referenced action. Pursuant to the Court's Docket Text Order dated March 4, 2014, the deadline to amend pleadings is March 8, 2024. In compliance with the Court's individual practice rules, I certify that I have shared my draft of the Amended Complaint with opposing counsel, and he objects to the filing of Plaintiff's Motion for Leave to Amend Complaint.

Thank you for your consideration.

                                                     Sincerely,

                                                     Penn Dodson, Esq.
                                                     *penn@andersondodson.com*

AndersonDodson, P.C.
11 Broadway, Suite 615 | New York, New York 10004
14143 Denver West Parkway | Suite 100-50 | Golden, Colorado 80401
Tel: (212) 961-7639 | Fax: (646) 998-8051
www.AndersonDodson.com