UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

**ELLIE SHKOLIR, RASHAD WILLIAMS,** and
**EVGENII BADGAEV,**

                Plaintiffs,

v.

**RX2GO, INC.,** and,
**ERKIN SATTAROV,** an individual,

                Defendants.

Case No. 1:23-cv-7256-OEM-PK

---

## CONSENT TO JOIN

By my signature below, I represent that I work or have worked for RX2GO, Inc., at some time between September 28, 2017, and the present, as a delivery driver.

I want to join the above-referenced action. I understand this claim is brought under the Fair Labor Standards Act of 1938 ("FLSA"), as amended, as well as the New York Labor Law ("NYLL"). I hereby consent, agree and opt-in to become a plaintiff as to all of the wage-related claims asserted in Plaintiffs' complaint in this claim (as may be amended from time to time) and be bound to any judgment by the Court or any settlement of this action.

I hereby authorize the prosecution of the above-styled action in my name and on my behalf. I also hereby designate named Plaintiffs' counsel to represent me for all purposes of this action.

I declare under penalty of perjury that all the foregoing is true and correct.

---

*DocuSigned by:*
**SANGADZHI BADMAEV**
—833B38263721426...

Signature

6/18/2024

Date

---

SANGADZHI BADMAEV

Full Name

2019-2022

Dates of Employment (best guess)