UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

**ELLIE SHKOLIR, RASHAD WILLIAMS, EVGENII BADGAEV** and **SANGADZHI BADMAEV**,

        Plaintiff,

v.

**RX2GO, INC.**, and,
**ERKIN SATTAROV,** an individual,

        Defendants.

Case No. 1:23-cv-7256-OEM-PK

## NOTICE OF MEDIATION

The parties have agreed to mediation with EDNY Mediator Robert Kheel. The mediation conference is scheduled to take place on July 15, 2024, at 10:00 a.m. EST via Zoom.

Respectfully submitted, this **10th** day of **July**, **2024**.

ANDERSONDODSON, P.C.

*[signature]*

**Penn A. Dodson (2244)**
*penn@andersondodson.com*
Attorney for Plaintiffs
11 Broadway, Suite 615
New York, NY 10004
212.961.7639 tel
646.998.8051 fax

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
www.andersondodson.com