

August 2, 2024

Hon. Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Via ECF Only

      Re:    *Shkolir, et. al v. RX2GO, Inc., et. al.;* 1:23-cv-7256-OEM-PK (EDNY)
              Motion to Withdraw Dkt. 12

Your Honor:

I represent the Plaintiffs in the above-referenced action.

As discussed at the telephonic conference this morning, Plaintiffs hereby move the court to withdraw the Stipulation for FLSA Collective Certification filed on January 19, 2024 [Dkt. 12], without prejudice.

We thank the Court for its time and attention to this matter.

                Sincerely,

                Penn Dodson, Esq.
                *penn@andersondodson.com*