

**From:** Penn Dodson penn@andersondodson.com
**Subject:** 2nd Amended Complaint
**Date:** August 14, 2024 at 6:07 PM
**To:** Emanuel Kataev emanuel@sagelegal.nyc
**Cc:** Lucy Espinal lespinal@andersondodson.com

A couple days early, attached is my proposed second amended complaint for your review in advance of our next conferral call.

202408xx
Secon...lir).pdf

**Penn Dodson, Esq.**
AndersonDodson, P.C.
11 Broadway, Suite 615
New York, NY 10004
212-961-7639 tel
646-998-8051 fax
*penn@andersondodson.com*
[www.andersondodson.com](www.andersondodson.com)



**Disclaimers:**
If you have received this communication in error, please notify the sender immediately by the telephone number above and destroy the message. Please do not send confidential, proprietary, or otherwise sensitive information via e-mail. Communication via e-mail does not establish an attorney-client relationship.

CONFIDENTIALITY NOTICE: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. This communication may also contain material protected and governed by the Health insurance Portability and Accountability Act of 1996 (HIPAA). This e-mail is only for the personal and confidential use of the individuals to which it is addressed and contains confidential information. If you are not the intended recipient, you are notified that you have received this document in error, and that any reading, distributing, copying or disclosure is unauthorized.