**From:** Penn Dodson penn@andersondodson.com
**Subject:** Redlined prp 2nd amd cplt
**Date:** August 20, 2024 at 7:55 PM
**To:** Emanuel Kataev emanuel@sagelegal.nyc
**Cc:** Lucy Espinal lespinal@andersondodson.com



Attached as per your request

**Penn Dodson, Esq.**
AndersonDodson, P.C.
212-961-7639 tel
*penn@andersondodson.com*
[www.andersondodson.com](www.andersondodson.com)



**Disclaimers:**
If you have received this communication in error, please notify the sender immediately by the telephone number above and destroy the message. Please do not send confidential, proprietary, or otherwise sensitive information via e-mail. Communication via e-mail does not establish an attorney-client relationship.

CONFIDENTIALITY NOTICE: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. This communication may also contain material protected and governed by the Health insurance Portability and Accountability Act of 1996 (HIPAA). This e-mail is only for the personal and confidential use of the individuals to which it is addressed and contains confidential information. If you are not the intended recipient, you are notified that you have received this document in error, and that any reading, distributing, copying or disclosure is unauthorized.

20240820
Secon...d.docx