**From:** Penn Dodson penn@andersondodson.com
**Subject:** ! Due Today (your stance on motion to amend)
**Date:** September 5, 2024 at 11:13 AM
**To:** Emanuel Kataev emanuel@sagelegal.nyc
**Cc:** Lucy Espinal lespinal@andersondodson.com



Emanuel: I haven't heard from you at all on this. May I indicate to the court that you will not be opposing our motion to amend?

**The parties are ordered to file, by no later than September 5, 2024, a joint status report indicating whether Defendants will oppose Plaintiffs' proposed motion to amend the [22] Amended Complaint.**

**Penn Dodson, Esq.**
AndersonDodson, P.C.
11 Broadway, Suite 615
New York, NY 10004
212-961-7639 tel
646-998-8051 fax
*penn@andersondodson.com*
[www.andersondodson.com](www.andersondodson.com)



**Disclaimers:**
If you have received this communication in error, please notify the sender immediately by the telephone number above and destroy the message. Please do not send confidential, proprietary, or otherwise sensitive information via e-mail. Communication via e-mail does not establish an attorney-client relationship.

CONFIDENTIALITY NOTICE: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. This communication may also contain material protected and governed by the Health insurance Portability and Accountability Act of 1996 (HIPAA). This e-mail is only for the personal and confidential use of the individuals to which it is addressed and contains confidential information. If you are not the intended recipient, you are notified that you have received this document in error, and that any reading, distributing, copying or disclosure is unauthorized.