**From:** Emanuel Kataev  emanuel@sagelegal.nyc
**Subject:** RE: ! Due Today (your stance on motion to amend)
**Date:** September 5, 2024 at 4:19 PM
**To:** Penn Dodson  penn@andersondodson.com
**Cc:** Lucy Espinal  lespinal@andersondodson.com



That's fine for the schedule in regard to the motion for leave to amend.

**Emanuel Kataev, Esq.**
**Sage Legal LLC**
**Emanuel Kataev, Esq., P.C.**
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

This message and its attachments may contain confidential information that is legally privileged.  If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited.  If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.

**From:** Penn Dodson <penn@andersondodson.com>
**Sent:** Thursday, September 5, 2024 4:18 PM
**To:** Emanuel Kataev <emanuel@sagelegal.nyc>
**Cc:** Lucy Espinal <lespinal@andersondodson.com>
**Subject:** Re: ! Due Today (your stance on motion to amend)

As I've said before you are the only one who seems to have this issue so I think it's on your side, but nonetheless I've opened a ticket with our IT folks to see if they can do anything on our end.

If your intent was to oppose I think you were supposed to identify <u>why</u> for me, in case there's something I could do to further edit to remedy it. But, seeing as how you seem adamant to litigate rather than try to work through these issues, what do you propose for the briefing schedule? How is

Motion to amend - Mon 9/23
Response - 10/7 (2 wks)
Reply 10/14 (1 wk)

> On Sep 5, 2024, at 3:14 PM, Emanuel Kataev <emanuel@sagelegal.nyc> wrote:
>
> Penn:
>
> Defendants have reviewed the proposed amended pleading and do not

Defendants have reviewed the proposed amended pleading and do not consent to Plaintiffs' anticipated motion for leave to amend.  The complaint fails to state a claim upon which relief can be granted such that Defendants will oppose the motion for leave to amend, and - if granted - will then respond to the complaint by moving to dismiss pursuant to Rule 12(b)(6).  Please be guided accordingly.

Further, I note again that your emails come through as attachments instead of actual texts and ask that you work with your IT department to remedy this technical issue.

Regards,

Emanuel Kataev, Esq.
Sage Legal LLC
Emanuel Kataev, Esq., P.C.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

This message and its attachments may contain confidential information that is legally privileged.  If you are not the intended recipient, you are hereby notified that any printing, copying, forwarding, or saving of this message is strictly prohibited.  If you have received this email in error, please notify the sender immediately and delete the message and any attachment from your system.


-----Original Message-----
From: Penn Dodson <penn@andersondodson.com>
Sent: Thursday, September 5, 2024 11:13 AM
To: Emanuel Kataev <emanuel@sagelegal.nyc>
Cc: Lucy Espinal <lespinal@andersondodson.com>
Subject: ! Due Today (your stance on motion to amend)

Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe _____