

September 27, 2024

Hon. Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
VIA ECF ONLY

    Re:    *Shkolir, et. al v. RX2GO, Inc., et. al.*; 1:23-cv-7256-OEM-PK (EDNY)
           PLAINTIFFS' MOTION TO AMEND AMENDED COMPLAINT

Your Honor:

I represent the Plaintiffs in the above-referenced action. Pursuant to the Court's Order dated September 6, 2024, Defendants were directed to file any opposition to Plaintiffs' Motion to Amend their Amended Complaint [Dkt. 40] by September 20, 2024, with Plaintiffs' reply due September 27, 2024.

Defendants did not file a response and their time for responding has passed. Accordingly, Plaintiffs respectfully request the Court to grant Plaintiffs' Motion to Amend their Amended Complaint and that they be permitted to file the proposed Amended Complaint. [Dkt. 40-4].

Thank you for your consideration.

                                                        Sincerely,

                                                        Penn Dodson, Esq.
                                                        *penn@andersondodson.com*

ANDERSONDODSON, P.C.
11 BROADWAY, SUITE 615 | NEW YORK, NEW YORK 10004
14143 DENVER WEST PARKWAY | SUITE 100-50 | GOLDEN, COLORADO 80401
TEL: (212) 961-7639 | FAX: (646) 998-8051
WWW.ANDERSONDODSON.COM