AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| ELLIE SHKOLIR, RASHAD WILLIAMS, EVGENII BADGAEV, and SANGADZHI BADMAEZ, on behalf of themselves and others similarly situated,<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>RX2GO, INC., VICTORIA NYC I, INC., d/b/a Rx2GO, and ERKIN SATTAROV, an individual,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:23-cv-7256-OEM-PK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    VICTORIA NYC I, INC., d/b/a Rx2Go
6921 8th Ave.,
Brooklyn, NY 11228

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Penn A. Dodson, Esq.
11 Broadway, Suite 615
New York, NY 10004
(212) 961-7639 direct
(646) 998-8051 fax
penn@andersondodson.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  10/03/2024    _____
*Jacklyn Cucci*
_____
*Signature of Clerk or Deputy Clerk*