

December 12, 2024

Hon. Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201
VIA ECF ONLY

    Re:    *Shkolir, et. al v. RX2GO, Inc., et. al.;* 1:23-cv-7256-OEM-PK (EDNY)
               MOTION TO CONVERT PRE-MOTION CONFERENCE TO A PHONE CONFERENCE
               OR IN THE ALTERNATIVE, MOTION TO ADJOURN PRE-MOTION CONFERENCE

Your Honor:

I represent the Plaintiffs in the above-referenced action. With consent of Defendants' counsel, I respectfully request the Pre-Motion Conference on January 3, 2025, be converted to a phone conference, or in the alternative adjourn to one day in the range of January 23-31, 2025, if the Court prefers it to be in person.

Pursuant to your Text Order dated December 12, 2024, there is an in-person Pre-Motion Conference scheduled in this matter on January 3, 2025. Originally, District Judge Merchant scheduled the Pre-Motion Conference for December 11, 2024, in person. The Pre-Motion was assigned to Your Honor, and the conference was rescheduled to December 17, 2024, by phone. Upon consent motion of Defendants' counsel, the Pre-Motion Conference was then rescheduled to January 3, 2025, in person.

Per Your Honor's individual rules IV(B), Plaintiffs provide the following information:

1. **the original date of the conference:** January 3, 2025 (most recently – see above).

2. **the reason for the request:** The reason for this request is that I will not be available in person as I am scheduled to be out of town that day due to a prior commitment. I do not wish to delay the conference, however, and am available to attend virtually or via telephone. Should in person be necessary, we request it be set for January 23-31, 2025.

3. **The number of previous requests:** one request for adjournment of this Pre-Motion Conference before Your Honor, which was granted.

4. Whether the other parties consent, and if not the reasons given for not consenting; or if the other parties could not be reached for input, efforts made to reach those parties: Defendants' counsel consents to this request.

This request is not anticipated to impact or affect any other pending deadlines in this case.

Thank you for your consideration.

Sincerely,

Penn Dodson, Esq.
*penn@andersondodson.com*