

February 21, 2025

Hon. Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
VIA ECF ONLY

    Re:    *Shkolir, et. al v. RX2GO, Inc., et. al.*; 1:23-cv-7256-OEM-PK (EDNY)
             REQUEST TO EXTEND TIME FOR DEADLINES

Your Honor:

We represent the Plaintiffs in the above-referenced action. We write jointly with Defendants to ask for an extension of the upcoming deadlines. Plaintiffs' letter motion to amend the complaint is currently due February 28, 2025, with Defendants' response due March 14, 2025. Discovery is set to close on March 21, 2025. The parties jointly request this extension of time to allow the parties time to continue settlement discussions; we are getting closer but are still not there. This is the third request to extend deadlines. By Order of October 31, 2025, the Court granted the parties' previous joint request regarding discovery deadlines on the same day. [Dkt. 46]; the Court also granted the parties' previous requests regarding the motion to amend deadlines.

| Event | Current | Proposal |
|---|---|---|
| Motion to Amend Complaint | 2/28/25 | 3/21/25 |
| Response to Motion to Amend | 3/14/25 | 4/4/25 |
| Fact Discovery Deadline | 3/21/25 | 9/19/25 |
| Completion of All Discovery | 3/21/25 | 9/19/25 |
| Joint status Report | 3/21/25 | 9/19/25 |
| Dispositive Motions | 4/11/25 | 10/3/25 |
| Proposed Joint Pre-Trial Order | sine die/TBD | sine die/TBD |

Thank you for your consideration of these matters.

                                             Sincerely,

                                             Penn Dodson, Esq.
                                             *penn@andersondodson.com*