

April 7, 2025

Hon. Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
<u>Via ECF Only</u>

> Re:   *Shkolir, et. al v. RX2GO, Inc., et. al.;* 1:23-cv-7256-OEM-PK (EDNY)
> <u>Joint Status Report Re: Settlement Efforts</u>

Your Honor:

I represent the Plaintiffs in the above-referenced action. Pursuant to the Court's Order dated February 27, 2025 ("No later than April 7, 2025, the parties are directed to file, a status report regarding their settlement efforts.") we hereby submit the following Joint Status Report.

Counsel for the parties have continued to work towards settlement and have exchanged several demands and offers but have not yet come to an agreement. The parties are currently $60,500.00 apart.  Realistically we believe that the most likely scenario is that the parties will settle at the settlement conference, but not before. Of course, should the parties settle before then we will let the Court know.

Thank you for your consideration.

Sincerely,

*Penn Dodson*

Penn Dodson, Esq.
*penn@andersondodson.com*