

June 6, 2025

Hon. Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
**V**IA **ECF O**NLY

   Re: *Shkolir, et al. v. RX2GO, Inc., et. al.;* 1:23-cv-7256-OEM-PK (EDNY)
     **M**OTION FOR
     **E**XTENSION OF **T**IME TO **F**ILE **M**OTION FOR **S**ETTLEMENT **A**PPROVAL

Your Honor:

I represent the Plaintiffs in the above-referenced action. Pursuant to Your Honor's Order of May 31, 2025, the deadline to file a Motion for Settlement Approval is June 6, 2025. The agreement has not yet been finalized.

Plaintiffs respectfully request an extension of time to file our motion for settlement approval, for another two weeks. Counsel have been conferring about certain disputed terms and remain optimistic we can come to agreement shortly.

Pursuant to the Court's individual practice standards, the following is offered:

a. **The original date to file Motion for Settlement Approval:** May 30, 2025.

b. **The reason for the request:** See above.

c. **The number of previous requests for adjournment or enlargement:** One.

d. **Whether these previous requests were granted or denied:** Granted.

e. **Whether the adversary consents, and, if not, the reasons given by the adversary for refusing to consent:** Consents.

This request is not anticipated to impact or affect any other deadlines in this case.

Thank you for your consideration.

                      Sincerely,

**AndersonDodson, P.C.**
11 Broadway, Suite 615 | New York, New York 10004
14143 Denver West Parkway | Suite 100-50 | Golden, Colorado 80401
**Tel: (212) 961-7639 | Fax: (646) 998-8051**
www.AndersonDodson.com

 June 7, 2025                                                                                                                  Page 2 of 2

Penn Dodson, Esq.
*penn@andersondodson.com*