| Date | Units | Category | Vendor | Description | Rate ($) | User |
|---|---|---|---|---|---|---|
| 3/30/23 | 1 | Translation/Interpretation | LanguageLine | Translation services (Rissian) | $ 229.10 | Brissa Chavez |
| 6/8/23 | 1 | Printing/Mailing | Letterstream | 1st Demand | $ 14.25 | Callyn Carter |
| 6/8/23 | 1 | Printing/Mailing | Letterstream | 1st Demand 6291 | $ 12.15 | Callyn Carter |
| 6/8/23 | 1 | Printing/Mailing | Letterstream | 1st Demand 140 | $ 12.15 | Callyn Carter |
| 6/23/23 | 1 | Printing/Mailing | Letterstream | Letterstream 2nd Demand to OP | $ 3.09 | Callyn Carter |
| 7/5/23 | 1 | Printing/Mailing | Letterstream | Letterstream - 3rd Demand to OP | $ 3.45 | Callyn Carter |
| 9/28/23 | 1 | Court Costs | USDC | Shkolir: 402.00 Filing fee | $ 402.00 | Jessica Balint |
| 10/30/23 | 1 | Service of Process | United Process | Receipt in file | $ 73.00 | Jessica Balint |
| 1/8/24 | 1 | Service of Process | United Process | United Processing outstanding bill for service upon defendants (Bill uploaded in clio) | $ 59.25 | Jessica Balint |
| 2/9/24 | 1 | Printing/Mailing | Letterstream | USPS postage for letter tor to client to send us docs | $ 8.74 | Lucy Espinal |
| 2/9/24 | 1 | Printing/Mailing | Letterstream | Return UPS shipping label for client to send us documents. | $ 19.66 | Lucy Espinal |
| 9/30/24 | 1 | Printing/Mailing | Letterstream | Letterstream: Disc requests to OC | $ 4.05 | Callyn Carter |
| 3/7/25 | 4 | Printing/Mailing | Letterstream | Letters to clients (4) on what to expect at settlement conference. | $ 1.57 | Lucy Espinal |
| 4/30/25 | 1 | Travel | MTA | subway to court | $ 2.90 | Penn Dodson |
| 4/30/25 | 1 | Travel | MTA | subway from court | $ 2.90 | Penn Dodson |
| 6/11/25 | 1 | Printing/Mailing | Letterstream | Postage - 4 letters to Plaintiff on what to expect with possible settlement. | $ 5.80 | Lucy Espinal |
| | | | | | | |
| | | | | TOTAL | $ 854.06 | |