# Lucy Espinal

| | |
|---|---|
| **From:** | Penn Dodson |
| **Sent:** | Thursday, July 10, 2025 1:24 PM |
| **To:** | Emanuel Kataev |
| **Cc:** | Lucy Espinal |
| **Subject:** | Re: Revisions |

OK, I'm passing this version to my clients for their review and signatures. Please do the same on your end so that hopefully we can get it filed tomorrow before I leave

> On Jul 10, 2025, at 1:13 PM, Emanuel Kataev <emanuel@sagelegal.nyc> wrote:
>
> Please see attached with further revisions in redline.  I believe we are done.
>
> <image002.png>
>
> ---
>
> **From:** Penn Dodson <penn@andersondodson.com>
> **Sent:** Thursday, July 10, 2025 10:15 AM
> **To:** Emanuel Kataev <emanuel@sagelegal.nyc>
> **Cc:** Lucy Espinal <lespinal@andersondodson.com>
> **Subject:** Fwd: Revisions
>
> > **Caution: This email originates from outside of the sagelegalllc.com. Do not click links or open attachments unless you recognize the sender and know the content is safe**
>
> ?
>
> Begin forwarded message:
>
> **From:** Penn Dodson <penn@andersondodson.com>
> **Subject: Revisions**
> **Date:** July 7, 2025 at 2:14:00 PM EDT
> **To:** Emanuel Kataev <emanuel@sagelegal.nyc>
> **Cc:** Lucy Espinal <lespinal@andersondodson.com>
>
> Attached is a new version of the agreement to reflect what we discussed in court this morning. Let me know if this is ok so that we can get our clients' signatures. Please note that even though our deadline is next Monday, I am out of office next week so need to get this finalized this week. Thank you.

**Penn Dodson, Esq.**
AndersonDodson, P.C.
212-961-7639 tel
penn@andersondodson.com
www.andersondodson.com

<image001.jpg>

**Disclaimers:**
If you have received this communication in error, please notify the sender immediately by the telephone number above and destroy the message. Please do not send confidential, proprietary, or otherwise sensitive information via e-mail. Communication via e-mail does not establish an attorney-client relationship.

CONFIDENTIALITY NOTICE: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. This communication may also contain material protected and governed by the Health insurance Portability and Accountability Act of 1996 (HIPAA). This e-mail is only for the personal and confidential use of the individuals to which it is addressed and contains confidential information. If you are not the intended recipient, you are notified that you have received this document in error, and that any reading, distributing, copying or disclosure is unauthorized.

<2025-07-09 EK TC Settlement Agreement Rx2Go.docx>