# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

August 6, 2025

<u>**VIA ECF**</u>
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Peggy Kuo, U.S.M.J.
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, NY 11201-1804

      *Re:*    **Shkolir, *et al.* v. Rx2Go, Inc., *et ano.***
               **Case No.: 1:23-cv-7256 (OEM) (PK)**

Dear Judge Kuo:

      This firm represents the Defendants in this case. Defendants write to enclose their executed counterpart to the settlement agreement. Defendants therefore respectfully request, in light of the foregoing, that the telephonic conference scheduled for tomorrow be canceled *sine die*. Defendants thank this honorable Court for its time and attention to this case.

Dated:     Jamaica, New York
           August 6, 2025

                                   Respectfully submitted,

                                     **SAGE LEGAL LLC**

                                   */s/ Emanuel Kataev, Esq.*
                                   Emanuel Kataev, Esq.
                                   18211 Jamaica Avenue
                                   Jamaica, NY 11423-2327
                                   (718) 412-2421 (office)
                                   (917) 807-7819 (cellular)
                                   (718) 489-4155 (facsimile)
                                   emanuel@sagelegal.nyc

                                   *Attorneys for Defendants*
                                   *Rx2Go, Inc. and*
                                   *Erkin Sattarov*

<u>**VIA ECF**</u>
AndersonDoddson, P.C.
<u>Attn</u>: Penn A. Dodson, Esq.
11 Broadway, Suite 615
New York, NY 10004-1046
(212) 961-7639 (office)
penn@andersondodson.com

*Attorneys for Plaintiffs*