

August 6, 2025

Hon. Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
VIA ECF ONLY

   Re: *Shkolir, et al. v. RX2GO, Inc., et. al.*; 1:23-cv-7256-OEM-PK (EDNY)
     SUPPLEMENT TO MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

Your Honor:

We represent the Plaintiffs in the above-referenced matter. A settlement conference was held on April 30, 2025, and the parties had reached an agreement in principle. The agreement was finalized, signed and filed by all parties on August 6, 2025, following a fairness hearing/status conference on August 5, 2025.

With respect and acknowledgement of the Court's busy schedule, on behalf of the Plaintiffs I request that Your Honor include in the Report & Recommendation a request that District Judge Orelia E. Merchant expedite review of the agreement in the interests of justice, due to the long wait since the April 30, 2025, settlement conference.

Thank you for your consideration.

                      Sincerely,

                      Penn Dodson, Esq.
                      *penn@andersondodson.com*

ANDERSONDODSON, P.C.
11 BROADWAY, SUITE 615 | NEW YORK, NEW YORK 10004
14143 DENVER WEST PARKWAY | SUITE 100-50 | GOLDEN, COLORADO 80401
TEL: (212) 961-7639 | FAX: (646) 998-8051
WWW.ANDERSONDODSON.COM