

September 30, 2025

Hon. Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
<u>Via ECF Only</u>

   Re: *Shkolir, et. al v. RX2GO, Inc., et. al.;* 1:23-cv-7256-OEM-PK (EDNY)
     <u>Motion For Extension of Time to File Stipulation of Dismissal</u>

Your Honor:

I represent the Plaintiffs in the above-referenced action. Pursuant to the Court's Order of September 19, 2025, the deadline to file the Stipulation of Dismissal is October 3, 2025. Plaintiffs respectfully request that the date be extended to after the date of the last scheduled settlement payment, making the deadline to file the Stipulation of Dismissal after January 4, 2027.

Pursuant to the terms of the Settlement Agreement, Defendants' settlement payments are to begin within 16 calendar days of the Court's approval and continue for 16 months until fully paid. [Dkt. 59-1].

Section IV.D of the Settlement Agreement states:

> "Plaintiffs agree to the dismissal of the Lawsuit with prejudice, subject to Settling Defendants' satisfaction of all their obligations under this Agreement, for which the Court in which the Lawsuit was brought shall retain jurisdiction."

Section V.B of the Settlement Agreement further states:

> "The Parties expressly acknowledge that Rx2Go, Inc,. is not a party to this settlement and that Rx2Go Inc. is not receiving a release of claims as to that entity. Nevertheless,

the Parties intend that if and after Settling Defendants make the payments specified in this Agreement and otherwise fulfill their obligations herein, Plaintiffs shall file a notice of voluntarily dismissal as to Rx2Go, Inc. as well as the Settling Defendants."

Pursuant to the Court's individual practice standards, the following is offered:

a. **The original date to file the Stipulation of Dismissal:** October 3, 2025.

b. **The reason for the request:** See above.

c. **The number of previous requests for adjournment or enlargement:** None.

d. **Whether these previous requests were granted or denied:** No previous requests have been made.

e. **Whether the adversary consents, and, if not, the reasons given by the adversary for refusing to consent:** Counsel for Victoria NYC I, Inc. and Erkin Sattarov has stated that he takes no position on the request.

This request is not anticipated to impact or affect any other deadlines in this case.

Thank you for your consideration.

Sincerely,

Penn Dodson, Esq.
penn@andersondodson.com