

January 21, 2026

Hon. Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
<u>Via ECF Only</u>

    Re:    *Shkolir, et. al v. RX2GO, Inc., et. al.*; 1:23-cv-7256-OEM-PK (EDNY)
            <u>Motion For Extension of Time</u>

Your Honor:

I represent the Plaintiffs in the above-referenced action. Pursuant to the Court's Order of October 1, 2025, the case was administratively closed without prejudice and with leave to reopen the action within 120 days if the settlement is not consummated. The 120 days from October 1 is coming up on January 29, 2026.

The final settlement payment in this case is due February 4, 2027. Plaintiffs request that the 120 days be extended until February 15, 2027, to allow for the terms of the settlement agreement to run its course towards the competition of the settlement payments. So far things are on track, but if payments were to default we would like to have the opportunity to reopen this case as opposed to instituting a separate case, for the sake of efficiency for all involved.

Pursuant to the Court's individual practice standards, the following is offered:

a. The original date to file a Motion to Reopen: January 29, 2026.

b. The reason for the request: See above.

c. The number of previous requests for adjournment or enlargement: None.

AndersonDodson, P.C.
11 Broadway, Suite 615 | New York, New York 10004
14143 Denver West Parkway | Suite 100-50 | Golden, Colorado 80401
Tel: (212) 961-7639 | Fax: (646) 998-8051
www.AndersonDodson.com

d. Whether these previous requests were granted or denied: No previous requests have been made.

e. Whether the adversary consents, and, if not, the reasons given by the adversary for refusing to consent: We have tried to get opposing counsel's consent. We have not heard back from him, but we have no reason to think he would object to this request.

This request is not anticipated to impact or affect any other deadlines in this case.

Thank you for your consideration.

Sincerely,

Penn Dodson, Esq.
*penn@andersondodson.com*